STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Telephone: (510) 637-3500

Counsel for Defendant HUMBERTO VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 12-751 SBA (KAW) |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER MODIFYING CONDITIONS |
| ) | OF RELEASE |
| HUMBERTO VARELA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

The parties hereby stipulate that the conditions of release for defendant, Humberto Varela, may be modified to allow Mr. Varela to leave the district and travel to the Eastern District of California for work so long as he has the prior approval of his pretrial services officer. Mr. Varela's Pretrial Services Officer does not oppose the proposed modification of Mr. Varela's supervision. All other conditions of release shall remain the same.

Date: 3/21/13          _____/s/_____
                       JOYCE LEAVITT
                       Assistant Federal Public Defender

Date: 3/22/13          _____/s/_____
                       ANDREW HUANG
                       Assistant United States Attorney

*U.S. v. Varela*, CR 12-751 SBA (KAW)
Order RE: Modify Terms of Release

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant,, Humberto Varela, may be modified to allow Mr. Varela to leave the district and travel to the Eastern District of California for work so long as he has the prior approval of his pretrial services officer. All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: March 22, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

*U.S. v. Varela*, CR 12-751 SBA (KAW)
Order RE: Modify Terms of Release