1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       andrew.huang@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 12-00751-002 SBA (KAW) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING |
| v. | |
| DANIEL M. LANDIN, | |
| Defendant. | |

The parties, by and through undersigned counsel, stipulate as follows and move for a continuance of the change of plea hearing to November 4, 2013, at 9:30 a.m. before the Honorable Kandis A. Westmore, United States Magistrate Judge:

1. On October 24, 2013, the Honorable Saundra Brown Armstrong referred this case for acceptance of defendant Daniel M. Landin's guilty plea before Magistrate Judge Westmore on November 1, 2013, at 9:30 a.m.

2. The parties have negotiated a plea agreement and are awaiting final approvals from the government. It is anticipated that such approvals will be obtained by the morning of November 1, 2013.

3. The Court requires submission of the plea agreement for the Court's review prior to a change of plea hearing. A continuance will allow for advance submission of the plea agreement.

4. In the referral for acceptance of guilty plea, the Court ordered that the matter be set for consideration of her report and recommendation on acceptance of guilty plea and judgment and sentencing for Tuesday, January 21, 2014, at 10:00 a.m., before the Honorable Saundra Brown Armstrong. The parties believe that this date remains acceptable.

WHEREFORE, the parties respectfully request that the change of plea hearing presently set for November 1, 2013, be continued to November 4, 2013, at 9:30 a.m. on the Criminal Duty Magistrate Judge's calendar for acceptance of guilty plea.

**SO STIPULATED.**

MELINDA HAAG
United States Attorney

October 31, 2013            /s/
ANDREW S. HUANG
Assistant United States Attorney

October 31, 2013            /s/
ADAM PENNELLA, Esq.
Counsel for Defendant Landin

**SO ORDERED.**

10/31/13
Date:                        Hon. KANDIS A. WESTMORE
United States Magistrate Judge
Northern District of California

STIP. & [PROP'D] ORD.
NO. CR 12-00751-002 SBA (KAW)